UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHY SORIANO,

    Plaintiff,

v.                                                                                                         CASE NO. 8:18-cv-167-T-23JSS

ASEM HASAN and
ROADRUNNER CLEARWATER, INC.,

    Defendants.
_____/

## **ORDER**

    Kathy Soriano moves (Doc. 21) to extend the time within which to move for a default judgment against Asem Hasan until after the resolution of the claims against Roadrunner Clearwater. Magistrate Judge Sneed recommends (Doc. 22) granting the motion and explains that the prompt entry of a default judgment against Hasan risks an "inconsistent" result if Roadrunner Clearwater successfully defends Soriano's claims. More than fourteen days after the report and recommendation, no objection appears. The report and recommendation (Doc. 22) is **ADOPTED**, and the motion (Doc. 21) is **GRANTED**. No later than ten days after the resolution of the claims against Roadrunner Clearwater, Soriano may move for a default judgment against Hasan.

    ORDERED in Tampa, Florida, on May 14, 2018.

                                                                                               STEVEN D. MERRYDAY
                                                                        UNITED STATES DISTRICT JUDGE